CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 10 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KELVIN A. CANADA, | ) | |
| Plaintiff, | ) | Civil Action No. 7:08cv00219 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRACEY RAY, et al., | ) | By: Michael F. Urbanski |
| Defendants. | ) | United States Magistrate Judge |

In accordance with the memorandum opinion filed this day, it is **ORDERED** as follows:

1. Plaintiff's complaint violates Rules 18 and 20 of the Federal Rules of Civil Procedure and will not be allowed to proceed as filed.

2. However, because plaintiff has already begun paying a $350.00 filing fee in this case, he is **ORDERED** to file an amended complaint meeting the requirements of the Federal Rules of Civil Procedure within twenty (20) days, which will be screened under the Prison Litigation Reform Act.

3. Any such amended complaint must conform to the rules pertaining to joinder of claims and parties, Fed. R. Civ. P. 18 and 20.

4. If no amended complaint is filed within that period, or a pleading is filed which violates the joinder rules or otherwise does not conform to the Federal Rules of Civil Procedure, the undersigned will **RECOMMEND** to the district court that this action be **DENIED**.

5. Plaintiff's motion to amend (Dkt. # 23) is **MOOT** and shall be stricken from the

///

///

///

court's active docket.

It is **SO ORDERED**.

Enter: This 10th day of August, 2009.

/s/ Michael F. Urbanski
Michael F. Urbanski
United States Magistrate Judge