CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 28 2010

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KELVIN A. CANADA, | ) | Civil Action No. 7:08cv00219 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| TRACY RAY, | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the accompany memorandum opinion, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED in part** and **REJECTED in part**. Canada's claims regarding access to courts, excessive fines, and living conditions in the segregation unit are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B). Therefore, only Canada's claims regarding the tuberculosis testing, publications, and nude photographs remain. The court will proceed with these claims by separate order.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 28th day of May, 2010.

_____
United States District Judge