CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 09 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KELVIN A. CANADA, | ) |
| | ) Civil Action No. 7:08-cv-00219 |
| Plaintiff, | ) |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| TRACY RAY, | ) |
| | ) By: Samuel G. Wilson |
| Defendant. | ) United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that defendant Tracy Ray's motion for summary judgment is **GRANTED**. The case is hereby dismissed from the active docket of the court.

**ENTER:** February 9, 2011.

_____
UNITED STATES DISTRICT JUDGE